UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MALCOLM KING NELSON,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

Case No.  C06-5159RBL
CR98-592RBL

ORDER

THIS MATTER comes on before the above-entitled Court upon Defendant's Motion To Recall Mandate based on <u>United States v. Booker</u>, 125 S.Ct. 738 (Jan. 12, 2005).

Having considered the entirety of the record and files herein, the Court finds and rules as follows:

Defendant seeks to have the Court vacate, set aside or correct his sentence.  Defendant filed a 2255 petition on January 22, 2002 (Dkt. No. 156).  This Court construes Defendant's motion as a second or successive 2255 petition.  Defendant has not sought leave to file a second or successive 2255 petition  with the Ninth Circuit Court of Appeals.

The Court directs the clerks' office to file Defendant's motion and attached exhibits (Dkt. #195) under case number C06-5159RBL.

The Defendant must obtain leave of the Ninth Circuit Court of Appeals before filing any

1  subsequent motions attacking his criminal conviction and sentence imposed in CR98-592RBL.[1]

2  Therefore, the Court lacks jurisdiction to consider this motion and, as such, it is **DISMISSED**.

3  IT IS SO ORDERED.

4  The clerk is directed to send uncertified copies of this Order to all counsel of record, and to
5  any party appearing pro se.

6  DATED this 27th day of March, 2006.

```
                              RONALD B. LEIGHTON
                              UNITED STATES DISTRICT JUDGE
```

---

[1] The court notes that Defendant's convictions became final before <u>Booker</u>.  The Supreme Court has not made <u>Booker</u> retroactive to cases on collateral review. <u>United States v. Cruz</u>, 423 F.3d 1119, 1120-21 (9th Cir. 2005).